# EXHIBIT A

**HOWARD A. TAYLOR, LLC**
By: Harry F. Feinberg, Esquire
Identification No. 79944
123 South Broad Street, Suite 1310
Philadelphia, PA 19109
Office: (215) 732-9300
Fax: (215) 732-4093
Email: Hfeinberg@htaylorllc.com

**MAJOR NON-JURY**

*Attorney for Plaintiffs*

Filed and Attested by the
Office of Judicial Records
06 MAY 2026 11:59 am
S. GILLIAM

| | |
|---|---|
| Arthur Caldwell and Diane Caldwell<br>836 Sullivan Trail<br>Scotrun, PA 18355<br>*Plaintiffs* | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| V | |
| Wal Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716 | May Term 2026<br>No.: |
| And *Defendants* | |
| Wal Mart Store #2365<br>3271 PA-940<br>Mt Pocono, PA 18344 | |
| And | |
| John Doe and John Doe Entities | |

## CIVIL ACTION COMPLAINT
**Negligence 2S- Premises Liability – Slip & Fall**

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.
*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**PHILADELPHIA COUNTY BAR ASSOCIATION**
**Lawyer Referral and Information Service**
**1101 Market Street, 11th Floor**
**Philadelphia, PA 19107**
**(215) 238-6300**
**TTY (215) 238-1159**

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificaction. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la contra suya sin previo aviso o notificacion. Ademas, la corte puedo decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.
*Lleva esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero sufficiente de pager tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde su puede conseguir asistencia legal.*

**PHILADELPHIA COUNTY BAR ASSOCIATION**
**Lawyer Referral and Information Service**
**1101 Market Street, 11th Floor**
**Philadelphia, PA 19107**
**(215) 238-6300**

**HOWARD A. TAYLOR, LLC**
By: Harry F. Feinberg, Esquire
Identification No. 79944
123 South Broad Street, Suite 1310
Philadelphia, PA 19109
Office: (215) 732-9300
Fax: (215) 732-4093
Email: Hfeinberg@htaylorllc.com

**MAJOR NON JURY**

*Attorney for Plaintiffs*

| | |
|---|---|
| Arthur Caldwell and Diane Caldwell<br>836 Sullivan Trail<br>Scotrun, PA 18355<br>*Plaintiffs*<br><br>V<br><br>Wal Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>And *Defendants*<br><br>Wal Mart Store #2365<br>3271 PA-940<br>Mt Pocono, PA 18344<br><br>And<br><br>John Doe and John Doe Entities | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>May Term, 2026<br>No.: |

**CIVIL ACTION COMPLAINT**
**Negligence 2S- Premises Liability – Slip & Fall**

Plaintiffs, Arthur Caldwell and Dianne Caldwell, by and through their attorney, Harry Feinberg, Esq., hereby files this Civil Action Complaint against the Defendants, and in support thereof, avers as follows:

1. Plaintiffs, Arthur Caldwell and Dianne Caldwell, are married adult individuals, residents and citizens of Pennsylvania residing at 836 Sullivan Trail, Scotrun, PA 18355.

2. Defendant, Wal Mart Stores, Inc. (hereafter "Walmart") are jural entities with a corporate address at 702 S.W. 8th Street, Bentonville, AR 72716, business address at Walmart store #2365, 3271 PA-940 Mount Pocono, PA 18344, and a corporate registered agent address of CT Corporation System, 600 N 2nd St. Harrisburg, PA 17101

Case ID: 260500825

3. At all times relevant hereto, Defendant Walmart regularly conducts business in the Commonwealth of Pennsylvania in the city and county of Philadelphia.

4. Defendants, John Doe are fictitious names for persons who may be a relevant party in this matter whose identity has not yet been determined.

5. Defendant's John Doe Entities are fictitious names for a jural entity which may be a relevant party in this matter whose identity has not yet been determined.

6. At all times material hereto, Defendants owned, controlled, possessed, operated, managed and/or maintained Walmart, store number 2365 located at 3271 PA-940 Mount Pocono, PA 18344.

7. At all times relevant hereto, Plaintiff Arthur Caldwell was a patron and business invitee of Defendant Walmart.

8. On or about May 29, 2024, Plaintiff, Arthur Caldwell was shopping at Walmart store #2365 operated by Defendants, when he was caused to slip and fall to the floor due to a case of motor oil that had fallen of the display rack, oil cans broken open, and leaked/spilled onto the shopping aisle floor utilized by customers.

9. Defendants had actual notice of this serious hazardous condition, as based on multiple factors this oil had clearly remained on the aisle floor for a while. Based on these multiple factors, Defendants knew or should have known about this significant obvious hazardous condition.

10. Walmart was negligent and/or careless in their handling of this accident, and their failure to timey abate, remove, or fix this known dangerous condition, was the direct cause of Plaintiff Arthur Caldwell's multiple permanent injuries.

11. As a result of Defendant's negligence, which is described more fully below, Plaintiff Arthur Caldwell sustained serious permanent injuries to his right lower extremities: including, but not limited to, ankles, knees, back, and injuries to his body as a whole, as well as a shock and permanent injury to his nerves and nervous system, especially in his right ankle where painful nerve damage is still continuing and has not healed.

12. As a result of his injuries, Plaintiff has been required and will continue to require and undergo medical attention and care and to expend various sums of money and incur various expenses for the injuries and the residual sequela he has suffered, any and all which may continue for an indefinite time in the future.

13. By reason of the injuries described above, Plaintiff has in the past and will in the future continue to suffer with permanent pain, disfigurement, anxiety, depression, emotional damage and loss of joys and pleasures of life.

14. As a result of his injuries, Plaintiff has been and will in the future be hindered and prevented from attending to his usual and customary duties and occupations all to his humiliation and embarrassment, coupled with associated financial losses, including but not limited to, past and future wage loss, business loss, future earning income loss.

**COUNT I – NEGLIGENCE**

15. Plaintiff hereby incorporates by reference paragraphs 1 through 14 above as though fully set forth at length herein.

16. Plaintiff's damages and injuries were caused by the carelessness, negligence and of Defendant's by and through their agents, servants, workman and/or employees, which negligence includes but is not limited to:

(a) creating a dangerous and hazardous condition of the store floor;

(b) failing to correct the dangerous condition on the customer traveled store floor which defendants knew or should have known existed;

(c) allowing the defective and dangerous condition to exist and/or remain present on the store floor for such a lengthy period of time that defendants should have made the floor safe before the occurrence of Plaintiff's injuries;

(d) failing to adequately warn individuals, including the Plaintiff, of the hazardous and dangerous condition of the store floor;

(e) failing to take proper steps to remedy, fix. fully clean up the very hazardous and dangerous condition of the store floor which was being actively accessed by customers;

(f) failing to adequately and properly inspect the store floor for hazardous or dangerous conditions;

(g) failing to take other precautions to ensure the protection, safety and welfare of customers/invitees walking directly in the hazardous area, including the Plaintiff.

(h) failing to warn customers/invitees at Defendant's store of the condition of the floor, which created a major slip and fall hazard.

(j) failing to abate, fix, fully clean up, or otherwise eliminate a known defective and/or unreasonable condition after having actual notice of the hazardous condition.

17. As a direct and proximate result of the aforesaid negligence and/or carelessness of Defendants, Plaintiff suffered permanent injuries and damages set forth above.

**WHEREFORE**, Plaintiff demands judgement in his favor and against Defendants, jointly and/or separately in an amount in excess of $50,000.00 or any applicable arbitration limit, together with interest, costs, delayed damages, attorney's fees and such other belief as the Court may deem appropriate.

**COUNT II – LOSS OF CONSORTIUM**

18. Plaintiffs incorporate by reference the allegations and averments contained in paragraphs 1 through 17 above as though fully set forth at length herein.

19. Plaintiff, Diane Caldwell, is and has been during all times pertinent hereto the wife of Plaintiff, Arthur Caldwell.

20. As a result of the negligence and carelessness of the Defendants, Plaintiff Diane Caldwell has been deprived of the assistance, consortium, services and society of her husband, all of which have been to her great financial and emotional damage and loss.

**WHEREFORE**, Plaintiff Diane Caldwell demands judgment in her favor and against Defendants, jointly and/or severally, in an amount in excess of $50,000.00 or any applicable arbitration limit, together with interest, costs, delay damages, attorney's fees, and such further relief as the Court may deem appropriate.

**HOWARD A. TAYLOR, LLC**

BY: ***/s/ Harry Feinberg***

HARRY FEINBERG, ESQUIRE
*Attorney for Plaintiffs*

Case ID: 260500825

VERIFICATION

I, Arthur Caldwell, hereby verify that the facts contained in the attached document are true and correct to the best of my knowledge, information and belief.

I understand that false statements made herein are subject to the penalties of 18 PA C.S.A. relating to unsworn falsification to authorities.

Arthur Caldwell Jr.

Dated: 5/6/24

**VERIFICATION**

I, Diane Caldwell, hereby verify that I am the Plaintiff in the foregoing pleading/document, that the facts set forth herein are true and correct to the best of my knowledge, information and belief and that this statement is being made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

Dated: 5/6/26